## STATE OF CONNECTICUT *v.* SEAN RAMIREZ

The defendant's petition for certification for appeal from the Appellate Court, 107 Conn. App. 51 (AC 27707), is granted, limited to the following issue:

"Did the Appellate Court properly determine that a verdict of guilty of assault in the second degree is not inconsistent with a verdict of not guilty of carrying a dangerous weapon?"

The Supreme Court docket number is SC 18159.

*Jodi Zils Gagne*, special public defender, in support of the petition.

*Kathryn Ward Bare*, deputy assistant state's attorney, in opposition.

Decided May 28, 2008

## KEITH CARPENTER *v.* COMMISSIONER OF CORRECTION

The petitioner Keith Carpenter's petition for certification for appeal from the Appellate Court, 107 Conn. App. 902 (AC 27844), is denied.

*Kevin E. Deghani*, special public defender, in support of the petition.

*John A. East III*, senior assistant state's attorney, in opposition.

Decided May 28, 2008